UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOON RHEY,<br><br>       Plaintiff,<br><br>v.<br><br>G. MURPHY, et al.,<br><br>       Defendants. | Case No. 16-cv-07237-JSW (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 111 |

     By February 1, 2022, the deposition of CDCR must take place. The following noticed topics, as subsequently narrowed by the plaintiff, *see* dkt. 111-3 at 5–6, are relevant and proportional to the needs of the case: topics 1–6, 8, 10, 12, and 14. CDCR must provide one or more witnesses to address them. The other noticed topics aren't relevant and proportional to the needs of the case. CDCR need not provide a witness to address them.

     By February 8, 2022, defendants Dutton and Haub must be deposed.

     By February 24, 2022, the plaintiff must either serve nonparty D. Baker with a deposition subpoena or file a motion to direct an alternative means of service.

     No further discovery will be permitted unless ordered by Judge White.

     **IT IS SO ORDERED.**

Dated: January 25, 2022

Alex G. Tse
United States Magistrate Judge